# Exhibit "A"



## Kelley Kronenberg
### ATTORNEYS AT LAW

8201 Peters Road, Suite 4000, Fort Lauderdale, FL 33324 | Phone (954) 370-9970 Fax (954) 382-1988
www.kelleykronenberg.com

February 26, 2016

**VIA CERTIFIED RETURN RECEIPT 9590 9401 0108 5225 5933 82**
**and REGULAR MAIL**

Tonia M. Smith
187 Savannah Park Loop
Casselberry, FL 32707

Re: **United Guaranty Residential Insurance Company of North Carolina v. Tonia M. Smith**
 **Property Address:** 187 Savannah Park Loop
 **Loan Number:** 8357512 09022
 **Our File No:** AB15011-ARB

Dear Miss Smith:

Please be advised that United Guaranty Residential Insurance Company (United) has requested this firm to provide you with certain information under the Fair Debt Credit Collection Practices Act 15 U.S.C 1601 and Florida Statute 559.715. Enclosed is a copy of the Assignment of Mortgage. This is being provided as formal notice that United now has the rights to bill and collect on this debt. If you dispute the validity of this debt, you have 30 days to notify us of such. If we do not receive any notification, we will assume the debt is valid and will proceed in accordance with that assumption. Please contact the undersigned should you have any questions.

Very truly yours,

ADAM R. BARNETT

ARB/kap
Enclosure



FORT LAUDERDALE | MIAMI | WEST PALM BEACH | TAMPA
ORLANDO | JACKSONVILLE | TALLAHASSEE | PANHANDLE | CHICAGO