# EXHIBIT "B"

EXHIBIT "B"



**Kelley Kronenberg**
ATTORNEYS AT LAW

8201 Peters Road, Suite 4000, Fort Lauderdale, FL 33324 | Phone (954) 370-9970  Fax (954) 382-1988
www.kelleykronenberg.com

April 25, 2016

**VIA CERTIFIED RETURN RECEIPT**
**7016 0340 0001 1299 0218**
**and REGULAR MAIL**

Tonia M. Smith
187 Savannah Park Loop
Casselberry, FL 32707

Re: United Guaranty Residential Insurance Company of North Carolina v. Tonia M. Smith
Property Address: 187 Savannah Park Loop, Casselberry, FL 32707
Loan Number: 8357512 09022
Our File No: AB15011-ARB

Ms. Smith:

Our office has received your request for validity of the debt. This letter serves as the response to your request. Enclosed please find a copy of the note and mortgage signed by you at origination as well as copy of the loan modification signed by you for this loan. These documents will provide you with the name and address of the originating lender. Also enclosed is a copy of the Assignment of the Mortgage and Modification of the Mortgage. Finally, a reinstatement quote in the amount of $33,000.00 and a payoff quote, in the amount of $44,194.43 is included for your review. These figures are good through April 21, 2016.

Please contact the undersigned should you have any questions.

Very truly yours,

Farheen Jahangir, Esq.
For the Firm

FJ/fj
Enclosures

K

FORT LAUDERDALE   MIAMI   WEST PALM BEACH   TAMPA   ORLANDO
FORT MYERS   JACKSONVILLE   TALLAHASSEE   PANHANDLE   CHICAGO