# EXHIBIT "C"

EXHIBIT "C"



## Kelley Kronenberg
### ATTORNEYS AT LAW

8201 Peters Road, Suite 4000, Fort Lauderdale FL 33324 | Phone: (954)370-9970, Fax: (954)382-1988
www.kelleykronenberg.com

October 17, 2016

**VIA U.S. CERTIFIED MAIL 7016 1970 0000 8817 5826**
**AND U.S. REGISTERED MAIL**

Tonia Meekins-Smith a/k/a Tonia Smith
187 Savannah Park Loop
Casselberry, FL 32707

### NOTICE OF ASSIGNMENT OF DEBT

Re: United Guaranty Residential Insurance Company v. Tonia M. Smith
    Property Address: 187 Savannah Park Loop, Casselberry, FL 32707
    Loan Number: 8357512 09022
    Our File No: AB15011-ARB

Dear Sir/Madam:

    Please be advised that United Guaranty Residential Insurance Company of North Carolina (hereinafter "United Guaranty") has requested this firm to provide you with certain information under the Fair Debt Credit Collection Practices Act 15 U.S.C 1601 and Florida Statute 559.715. Enclosed is a copy of a (i) recorded Assignment of Mortgage and Modification of Mortgage and (ii) Assignment of Promissory Note. This is being provided as formal notice that United Guaranty now has the rights to bill and collect on this debt. A copy of statement of account dated October 17, 2016 is also enclosed. If you dispute the validity of this debt you have 30 days to notify us of such. If we do not receive any notification we will assume the debt is valid and will proceed in accordance with that assumption. Please contact the undersigned if you have any questions.

Respectfully submitted,

MARIA T. SANTI, Esquire

MTS/sm

**This communication is being sent by a debt collector in an attempt to collect a debt and may be used for the purpose of debt collection unless the debt has been discharged in any Bankruptcy proceeding or by order of any court with jurisdiction, in which case, this notice is for informational purposes only and is not an attempt to collect a debt.**

