UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-CV-00331-ORL-31-TBS

TONIA SMITH

       Plaintiff,

v.

KELLEY KRONENBERG, P.A.,

       Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, KELLEY KRONENBERG, P.A, by and through their undersigned counsel, hereby notifies the Court that the parties, Plaintiff, TONIA SMITH, and DEFENDANT, KELLEY KRONENBERG, P.A., have reached a settlement with regard to this case, and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Kelley Kronenberg
*Attorneys for Defendant*
8201 Peters Road, Suite 4000
Fort Lauderdale, FL 33324
Phone: (954) 370-9970
arbservices@kelleykronenberg.com
abarnett@kelleykronenberg.com

By:    */s/ Adam R. Barnett*
        ADAM R. BARNETT, ESQ.
        Florida Bar No.:  35286

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Pending Settlement* has been filed electronically with the Clerk via the Court's CM/ECF system which will provide notice of and serve the foregoing electronically this 29th day of March 2017 to:

Alex Weisberg, Esq.
Weisberg Consumer Law Group, PA.
5846 S. Flamingo Road, Ste. 290, Cooper City, FL 33330
<u>aweisberg@afclaw.com</u>
*Attorney for Plaintiff, Tonia Smith*

<u>/s/ Adam R. Barnett</u>
Attorney